

# THE STATE OF TEXAS
## MANDATE

TO THE 276TH DISTRICT COURT OF TITUS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 19th day of September, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Gerald Lynn Clark and Jo Ann Clark,
Appellants

    No. 06-14-00035-CV

    Trial Court No. 36,149

        v.

Titus County, Texas, Appellee

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Titus County, Texas, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 19th day of February, A.D. 2015.

DEBRA K. AUTREY, Clerk